UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD C.,<br><br>                            Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                           Defendant. | Case No.: 23-cv-00018-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>**[ECF No. 11]** |

Before the Court is the parties' Joint Motion for Extension of Time, in which the parties request a 30-day extension for the Commissioner of Social Security ("Commissioner") to file the Administrative Record. (ECF No. 11.)

"The certified administrative record filed by the Social Security Administration will suffice as the agency's answer to the complaint, and will be due sixty (60) days after transmission of the Notice of Electronic Filing of the complaint, unless a motion to dismiss is filed." CivLR 7.1(e)(6)(d). "Any request to . . . reschedule any date, deadline, or court proceeding should be filed no fewer than 7 calendar days in advance of the dates and deadlines at issue. Any motion filed fewer than 7 calendar days in advance of the dates and deadlines at issue must address excusable neglect for the untimely request." J. Burkhardt Civ. Chambers R. § IV.A; *see also* Fed. R. Civ. P. 6(b)(1)(B).

|    |    |
|---|---|
| 1  | Here, the Commissioner was notified of the Complaint by transmission of a Notice |
| 2  | of Electronic Filing on January 2, 2023. (*See* ECF No. 1.)  The Commissioner's current |
| 3  | deadline to file the Administrative Record is March 3, 2023.  Not only do the parties fail |
| 4  | to address good cause in their motion, they fail to address excusable neglect for its |
| 5  | untimeliness.  *See* J. Burkhardt Civ. Chambers R. § IV.A; Fed. R. Civ. P. 6(b)(1)(B).[1] |
| 6  | Despite these deficiencies, the Court **GRANTS** the parties' Joint Motion. |
| 7  | Accordingly, the Commissioner shall file the Administrative Record on or before |
| 8  | **April 3, 2023**. |
| 9  | **IT IS SO ORDERED.** |
| 10 | Dated:  March 2, 2023 |

*[signature]*

Hon. Jill L. Burkhardt
United States Magistrate Judge

---

[1] The Court directs the parties to the Federal Rules of Civil Procedure, the Local Civil Rules, and Judge Burkhardt's Civil Chambers Rules for all future filings.